# Third District Court of Appeal

## State of Florida

Opinion filed July 23, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-898
Consolidated: 3D14-944
Lower Tribunal No. 00-28708

_____

**Jarius A. McTaggart,**

Appellant,

vs.

**The State of Florida,**

Appellee.

Appeals under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Thomas Rebull, Judge.

Jarius A. McTaggart, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SHEPHERD, C.J., and LAGOA and FERNANDEZ, JJ.

PER CURIAM.

On Motion for Rehearing and/or Clarification

We grant Jarius McTaggart's motion for rehearing and/or clarification in Case No. 14-898, withdraw the opinion issued May 28, 2014, sua sponte consolidate this matter with Case No. 14-944 and issue the following opinion instead of our prior opinion:

Affirmed.